David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, Az. 85201
480-644-1080 /  480-644-1082 (fax)
dab@azbktrustee.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WENNBERG, JUSTIN M. | ) | Case No. 08-09699-PHX SSC |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

DAVID A. BIRDSELL, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 104 | 02/23/10 | NATIONAL BANK OF ARIZONA<br>C/O CHRISTOPHER H. BAYLEY<br>SNELL & WILMER LLP<br>ONE ARIZONA CENTER<br>PHOENIX, AZ 85004-2202 | $1,485.89 |
| 108 | 02/23/10 | M&M PORTABLE TOILETS<br>PO BOX 426<br>GILA BEND, AZ 85337 | $1.22 |
| 109 | 02/23/10 | TERRACON<br>4685 S ASH AVE<br>SUITEH-4<br>TEMPE, AZ 85282 | $90.83 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of  $1,577.94 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| September 3, 2010 | /s/ David A. Birdsell |
| DATE | DAVID A. BIRDSELL, TRUSTEE |